584 A.2d 205

LEONIDA LIDMAN v. NEWARK REDEVELOPMENT AND
HOUSING AUTHORITY, ET AL.

May 1, 1990.

Petition for certification denied.

584 A.2d 205

SUSAN GLASBRENNER v. ROBERT M. SAPIO.

May 1, 1990.

Petition for certification denied.

584 A.2d 206

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. M.S. AND R.A.

May 1, 1990.

Petition for certification denied.

584 A.2d 206

HUNTERDON COUNTY SOIL CONSERVATION DISTRICT v.
MAURICE A. HUBSCHER.

May 1, 1990.

Petition for certification denied.